UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*               Case No. 4:25-cr-20531-FKB-CI

v.                         Hon. F. Kay Behm

ANTHONY RICHARD ALWARD,

    *Defendant.*

---

### ORDER GRANTING DEFENDANT COUNSEL'S MOTION TO WITHDRAW AS CJA APPOINTED ATTORNEY AND MOTION TO CONTINUE PRETRIAL DEADLINES (ECF Nos. 58, 59)

Having viewed Counsel's submission to the Court, the Court finds that there is an irreconcilable breakdown in the attorney client relationship.  Counsel's Motion to Withdraw as Appointed Counsel under the Criminal Justice Act is **GRANTED**.  Further, the motion to continue pretrial dates is **GRANTED** and all dates are currently adjourned.

**IT IS ORDERED** that an attorney-only status conference, with new counsel, is scheduled for August 18, 2026 at 2:30 P.M.

**IT IS FURTHER ORDERED** that, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), the time between the motion to withdraw hearing, July 14, 2026, to the status conference scheduled for August 18, 2026, shall be counted as excludable delay, because the ends of justice are served by excluding the time and

1

because serving those ends outweighs the best interests of the public and the

Defendant in a speedy trial. The failure to grant a continuance will deny Defendant

the opportunity to obtain new counsel and for counsel to effectively prepare a

defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** that the due date for the Defendant's Reply

Brief in Support of the Motion for Disclosure and for Relief Arising from

Prejudicial Late Disclosure (ECF No. 57) is reset for September 1, 2026.

**SO ORDERED**.

Date: July 16, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

2